UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:19-CV-00414-GNS-RSE

SHAWN J. SCOTT                                                                                          PLAINTIFF

v.

COMMISSIONER OF SOCIAL SECURITY                                               DEFENDANT

## ORDER

The above matter having been referred to the U.S. Magistrate Judge who has filed Findings of Fact, Conclusions of Law, and Recommendation (DN 22), no objections having been filed thereto, and the Court having considered the same:

**IT IS HEREBY ORDERED** that the Court **ADOPTS** the Findings of Fact, Conclusions of Law, and Recommendation (DN 22) as set forth in the report submitted by the United States Magistrate Judge. and judgment is **GRANTED** for the Commissioner. The Clerk shall strike this matter from the active docket.

This is a final and appealable Order and there is no just cause for delay.

Greg N. Stivers, Chief Judge
United States District Court

October 8, 2020

cc:     Plaintiff, *pro se*
        counsel of record